LOUIS GREENBERG, Doing Business under the Name of BERRY COMPANY, Appellant; v. WATERTOWN SUBURBAN ESTATES, INC., et al., Respondents.— Order unanimously reversed, with twenty dollars costs and disbursements and motion denied. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

·S. CHARLES SAVIO v. SYLVESTER W. DEL BELLO.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. [See *ante*, p. 905.] Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

·MAURICE HANDMAN, Individually and Doing Business under the Name of MAURELLA PRODUCTS, v. LASZLO LENGYEL, Individually and Doing Business under the Name of L.-G. LENGYEL PERFUMES.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. [See *ante*, p. 860.] Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

BERNARD CITRON, as a Stockholder of MANGEL STORES CORPORATION and for the Benefit of Stockholders of Said Corporation, v. MANGEL STORES CORPORATION et al.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. [See *ante*, p. 905.] Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

DOROTHEA M. WEITZNER v. SCHINASI FURS, INC., et al.— Motion for reargument of motion made to·this court October 27, 1944, for leave to appeal to the Court of Appeals, denied. [See *ante*, p. 894.] Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

MUTUAL LIFE INSURANCE COMPANY OF NEW YORK v. 960 FIFTH AVENUE CORPORATION et al.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. [See *ante*, p. 859.] Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

JOHN M. HARTZBERG et al., Copartners Doing Business under the Name of J. & L. HARTZBERG, v. NEW YORK CENTRAL RAILROAD COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. [See *ante*, p. 904.] Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

HALLBRETT REALTY CORPORATION v. CHASE NATIONAL BANK OF THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. [See *ante*, p. 896.] Present — Martin, P, J., Townley, Glennon, Untermyer and Dore, JJ.

ROLAND ISABELLE, an Infant, by His Guardian ad Litem, EMILE ISABELLE, et al. v. T. & T. TRUCKING & TRANSPORTATION CO., INC., et al.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted upon appellant's filing the undertaking prescribed by section 593 of the Civil Practice Act. [See *ante*, p. 855.] Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

FEDERAL WASTE PAPER CORPORATION et al. v. GARMENT CENTER CAPITOL, INC., et al.— Motion for leave to appeal to the Court of Appeals granted; question certified. [See *ante*, p. 230.] Present — Martin, P.·J., Townley, Glennon, Dore and Callahan, JJ.